IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| NATHANIEL KEITH SINGLETON | § | |
| --- | --- | --- |
|  | § | |
| V. | § | CIVIL ACTION NO. G-03-157 |
|  | § | |
| SGT. TAYLOR | § | |

## FINAL JUDGMENT

For the reasons stated in this Court's Order of Dismissal, the above-styled cause is **DISMISSED.**

This is a **FINAL JUDGMENT**.

**DONE** at Galveston, Texas, this the 2nd day of February, 2007.

_____
Samuel B. Kent
United States District Judge